

**SHALOM LAW** PLLC

ATTORNEYS & COUNSELORS - AT - LAW

**Phone:** (718) 971-9474 | **Fax:** (718) 865-0943 | **Email:** Jshalom@JonathanShalomLaw.com
**Office:** 105-13 Metropolitan Avenue Forest Hills, New York 11375

December 19, 2019

**VIA ECF**
Honorable John G. Koeltl
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
12/20/19

Re:   Dennis v. AIG Direct Insurance Services, Inc., Case No. 1:19-cv-04544-JGK

Dear Judge Koeltl:

We represent Plaintiff Derrick U Dennis ("Plaintiff") in connection with the above-referenced matter and write jointly with Defense Counsel to request an extension of Your Honor's November 25, 2019 Order of Discontinuance (the "Discontinuance Order"). The Order provided that the Parties have the right to reopen the action within thirty days of the date of this Order if the settlement is not consummated. Accordingly, the current deadline to do so is Wednesday, December 25, 2019.

The parties are still in the process of finalizing the settlement, and it is likely that the settlement will not be consummated by December 25, 2019. Accordingly, we write to respectfully request a forty-five (45) day extension of the deadline set by the Discontinuance Order, until February 3, 2020.

Pursuant to You Honor's Individual Rules, Defendant states that there have been no previous requests for such an extension, and such an extension will not affect any scheduled dates for this matter.

Respectfully submitted,

*/s/Jonathan Shalom*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12-20-19